DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

REBECCA L. HALLING,

Appellant,

v.

GARRISON PROPERTY AND CASUALTY
INSURANCE COMPANY,

Appellee.

No. 2D22-2045

_____

September 20, 2023

Appeal from the Circuit Court for Hillsborough County; Rex M. Barbas, Judge.

Gabriella E. Lopez and Raymond A. Haas of HD Law Partners, Tampa, for Appellant.

Ezequiel Lugo and Chris W. Altenbernd of Banker Lopez Gassler P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed. *See Citizens Prop. Ins. Corp. v. Manor House, LLC*, 313 So. 3d 579, 583-84 (Fla. 2021) ("[E]xtra-contractual, consequential damages are not available in a first-party breach of insurance contract action because the contractual amount due to the insured is the amount owed pursuant to the express terms and conditions of the insurance

policy."); *Covington v. State Farm Fire & Cas. Co.,* 330 So. 3d 943, 946-47 (Fla. 4th DCA 2021) (applying *Manor House* and determining that the insured was unable to recover extra-contractual, consequential damages in a first-party action for breach of an automobile insurance policy).

SILBERMAN, KELLY, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.